UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM MUHAMMAD, <br><br> Plaintiff, <br><br> v. <br><br> CHAD GARRETT, et al., <br><br> Defendants. | Case No.: 1:12-cv-01199 - AWI - JLT <br><br> ORDER DENYING PLAINTIFF'S REQUEST FOR RE-SERVICE OF DOCUMENTS AS MOOT <br><br> (Doc. 16) <br><br> ORDER DIRECTING CLERK TO UPDATE THE ADDRESS OF THE PRO SE PLAINTIFF |

On October 18, 2012, Plaintiff filed a second request seeking to have the Court re-serve documents required for service. (Doc. 16). However, the relief has already been granted, because the Clerk re-served the documents requested to the address specified by Plaintiff on October 17, 2012.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's second request for re-service (Doc. 16) is **DENIED AS MOOT**; and
2. The Clerk of Court is directed to update the docket to reflect Plaintiff's current address:
    Kareen Muhammad
    822 Q Street
    Bakersfield, CA 93309

IT IS SO ORDERED.

Dated:   **October 26, 2012**          **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE

1