1

2

3

4

5

6

7

8        **IN THE UNITED STATES DISTRICT COURT**

9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   KAREEM MUHAMMAD                    )   Case No.: 1:12-cv-01199 - AWI - JLT
                                        )
12                      Plaintiff,      )   ORDER ADOPTING IN FULL THE FINDINGS
           v.                           )   AND RECOMMENDATIONS DISMISSING
13                                      )   PLAINTIFF'S CLAIM FOR AN UNLAWFUL
                                        )   ARREST
14   CHAD GARRETT, et al.,              )
                                        )   (Doc. 13)
15                      Defendants.     )
     _____)

16

17         Plaintiff Kareen Muhammad ("Plaintiff") is proceeding pro se and informa pauperis with an

18   action for a violation of civil rights.  On October 4, 2012, the Magistrate Judge issued Findings and

19   Recommendations dismissing Plaintiff's unlawful arrest claim without prejudice after Plaintiff

20   notified the Court "he desires to abandon his claim for unlawful arrest and proceed only on his claim

     for excessive force." (Doc. 13 at 2, quoting Doc. 11).
21
           The Findings and Recommendations were served Plaintiff, and contained a notice that any
22
     objections were to be filed within fourteen days of service, or by October 18, 2012.  (Id. at 3).
23
     Plaintiff was advised failure to file objections may waive the right to appeal the District Court's
24
     order.  (Id.)  However, Plaintiff did not file objections to the Findings and Recommendations, which
25
     were based upon his request to dismiss the claim.
26
           In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley
27
     United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review
28

                                                     1

1  of the case.  Having carefully reviewed the record, the Court finds that the findings and

2  recommendation are supported by the record and by proper analysis.

3        Accordingly, **IT IS HEREBY ORDERED**:

4      1.     The Findings and Recommendations filed October 4, 2012 (Doc. 23), are

5             **ADOPTED IN FULL**; and

6      2.     Plaintiff's claim for unlawful arrest is **DISMISSED WITHOUT PREJUDICE**.

7  IT IS SO ORDERED.

8  Dated:   February 15, 2013

9                                        SENIOR  DISTRICT  JUDGE

2