
IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM MUHAMMAD, <br><br>           Plaintiff, <br>     v. <br><br> CHAD GARRETT, et al., <br><br>           Defendants. | Case No.: 1:12-cv-01199 - AWI - JLT <br><br> ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS DISMISSING PLAINTIFF'S CLAIM FOR AN UNLAWFUL ARREST <br><br> (Doc. 13) |

    Plaintiff Kareen Muhammad ("Plaintiff") is proceeding pro se and informa pauperis with an action for a violation of civil rights. On October 4, 2012, the Magistrate Judge issued Findings and Recommendations dismissing Plaintiff's unlawful arrest claim without prejudice after Plaintiff notified the Court "he desires to abandon his claim for unlawful arrest and proceed only on his claim for excessive force." (Doc. 13 at 2, quoting Doc. 11).

    The Findings and Recommendations were served Plaintiff, and contained a notice that any objections were to be filed within fourteen days of service, or by October 18, 2012. (Id. at 3). Plaintiff was advised failure to file objections may waive the right to appeal the District Court's order. (Id.) However, Plaintiff did not file objections to the Findings and Recommendations, which were based upon his request to dismiss the claim.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review

of the case.  Having carefully reviewed the record, the Court finds that the findings and recommendation are supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Findings and Recommendations filed October 4, 2012 (Doc. 23), are **ADOPTED IN FULL**; and

2. Plaintiff's claim for unlawful arrest is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Dated:   February 15, 2013

_____
SENIOR  DISTRICT  JUDGE