UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM MUHAMMAD, | ) Case Nos.: 1:12-cv-01199 - AWI - JLT |
| Plaintiff, | ) ORDER REGARDING PLAINTIFF'S MOTIONS |
| v. | ) TO AMEND THE COMPLAINT |
| CHAD GARRETT, | ) |
| Defendant. | ) |

Kareem Muhammad ("Plaintiff") has filed three motions to amend his complaint in this action since December 19, 2013, which are pending before the Court, the most recent of which was filed on January 13, 2014. (Docs. 37, 40, and 42.) Although it is apparent Plaintiff seeks to change the defendant, each of the proposed Third Amended Complaints are different. (*Compare* Doc. 38 *with* Docs. 41 and 43.) Plaintiff is informed he may only have **one** pleading in this case, and must inform the Court upon which motion he desires to proceed. The other motions to amend will be terminated by the Court. In addition, because Plaintiff no longer seeks to proceed with his claims against Chad Garrett (*see* Docs. 37, 38, 40, and 43), Plaintiff is directed to show cause why his claims against Officer Garret should not be dismissed with prejudice.

///

///

1

Accordingly, **IT IS HEREBY ORDERED** that on or before **January 24, 2014**, Plaintiff SHALL:

1. Notify the Court regarding which motion to amend he desires to proceed upon; and
2. Show cause why claims against Officer Garrett should not be dismissed with prejudice.

**Failure to comply with this order may result in an order dismissing this litigation.**

IT IS SO ORDERED.

Dated:   **January 16, 2014**              /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE