UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM MUHAMMAD,<br><br>    Plaintiff,<br><br>  v.<br><br>CHAD GARRETT, et al.,<br><br>    Defendant. | Case No.: 1:12-cv-01199 - AWI - JLT<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANT CHAD GARRETT WITH PREJUDICE<br><br>(Doc. 55) |

Plaintiff Kareem Muhammad sought to amend his complaint, and in so doing asserted that defendant Chad Garrett "had absolutely no involvement with the plaintiff whatsoever, at any time regarding any injuries made against plaintiff." (Doc. 49 at 1.) Based upon this assertion, the Magistrate Judge recommended Plaintiff's claims against Chad Garrett be dismissed with prejudice. (Doc. 55 at 2.)

Plaintiff was granted fourteen days from the date of service, or until March 18, 2014 to file objections to the Findings and Recommendations. (Doc. 55 at 4.) Although he was "advised that failure to file objections within the specified time may waive the right to appeal the District Court's order," (id., citing Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991)), no objections were filed. In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the action.

Having carefully reviewed the entire file, the Court finds the Findings and Recommendations are supported by the record and by proper analysis. Accordingly, **IT IS HEREBY ORDERED**:

1

1. The Findings and Recommendations filed March 4, 2014 (Doc. 55) are **ADOPTED IN FULL**; and

2. Plaintiff's claims against Chad Garrett are **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

Dated:   April 3, 2014

SENIOR DISTRICT JUDGE