IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM MUHAMMAD,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BAKERSFIELD, BAKERSFIELD POLICE OFFICER CHAD GARRET,<br><br>Defendant. | 1:12-CV-1199  AWI JLT<br><br><br>ORDER REFERRING DEFENDANTS' MOTION TO DISMISS FOR LACK OF PROSECUTION TO MAGISTRATE JUDGE THURSTON<br><br>Doc. # 57 |

In this civil rights action by plaintiff Kareem Muhammad ("Plaintiff") against defendants City of Bakersfield and Bakersfield Police Officer Chad Garret ("Defendants"), Defendants have noticed a motion to dismiss for failure to prosecute.  Defendants' motion to dismiss references an "Order Striking Plaintiff's Motion to Amend and Findings and Recommendations Dismissing Plaintiff's Claims Against Defendant Chad Garret With Prejudice."  The referenced order is at Docket Number 55 and was filed on March 4, 2014 (hereinafter, the "March 4 Order").  In the March 4 Order, the Magistrate Judge ordered that any further amended complaint be filed not later than March 28, 2014.  The March 4 Order also referred Findings of Fact and Recommendations of Law ("F&R's") regarding the dismissal of Defendant Garret to Judge Ishii. Defendants' motion to dismiss for lack of prosecution was filed on April 2, 2014.  The F&R's were adopted by Judge Ishii on April 3, 2014.  Plaintiff filed his Motion to Amend the complaint

and lodged a proposed Third Amended Complaint on the same day.  The court notes Plaintiff's motion to amend is directed to Magistrate Judge Thurston.

The court is of the opinion that, for the sake of judicial efficiency and to avoid unnecessary cost to Plaintiff who brings this action *in forma pauperis*, Defendants' motion to dismiss for lack of prosecution should be decided by Magistrate Judge Thurston at the Bakersfield venue and in conjunction with Plaintiff's motion to amend.

THEREFORE, in consideration of the foregoing, it is hereby ORDERED that Defendants' motion to dismiss for lack of prosecution shall be REFERRED for decision to Magistrate Judge Thurston.  The hearing date on Defendants' motion to dismiss for lack of prosecution, currently set in this court for May 19, 2014, is hereby VACATED and no party shall appear at that time.  Any further dates pertaining to Defendants' motion to dismiss for lack of prosecution may be set by Magistrate Judge Thurston according to the convenience and needs of her court.

IT IS SO ORDERED.

Dated:   April 4, 2014                                  _____
                                                                              SENIOR  DISTRICT  JUDGE