UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM MUHAMMAD,<br><br>    Plaintiff,<br><br>    v.<br><br>CHAD GARRETT, et al.,<br><br>    Defendant. | Case No.: 1:12-cv-01199 - AWI - JLT<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS DENYING DEFENDANT'S MOTION TO DISMISS FOR LACK OF PROSECUTION<br><br>(Docs. 57, 64) |

       Defendants sought to dismiss the action for lack of prosecution. (Doc. 57.) However, the Magistrate Judge found Plaintiff had not failed to prosecute this action, and recommended Defendants' motion to be dismiss be denied. (Doc. 64.)

       The parties were granted fourteen days to file objections to the Findings and Recommendations. (Doc. 64 at 4.) Although the parties were "advised that failure to file objections within the specified time may waive the right to appeal the District Court's order," (id., citing Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991)), no objections were filed. In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the action. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations are supported by the record and by proper analysis.

///

///

1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Findings and Recommendations filed April 14, 2014 (Doc. 64) are **ADOPTED IN FULL**; and

2. Defendants' motion to dismiss is **DENIED**.

IT IS SO ORDERED.

Dated:   May 2, 2014

_____
SENIOR  DISTRICT  JUDGE