# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM MUHAMMAD,<br><br>            Plaintiff,<br><br>      v.<br><br>CHAD GARRETT, et al.<br><br>            Defendants. | Case No.: 1:12-cv-01199 - JLT<br><br>ORDER CONSOLIDATING THE ACTIONS |
| KAREEM MUHAMMAD,<br><br>            Plaintiff,<br><br>      v.<br><br>CHAD GARRETT, et al.,<br><br>            Defendants. | Case No.: 1:14-cv-00683 - LJO - JLT |

On May 19, 2014, the Court ordered the parties to show cause why the above-entitled actions should not be consolidated. Defendants responded that they "have no opposition to the consolidation of this mater for all purposes." Plaintiff did not file a response to the Court's order, but at the scheduling conference for the lead case on May 29, 2014, stated he had no opposition to the consolidation of the matters.

Pursuant to Federal Rule of Civil Procedure 42(a), the Court may consolidate actions involving a common question of law or fact, and consolidation is proper when it serves the purposes of judicial

1

economy and convenience.  The Ninth Circuit explained that the Court "has broad discretion under this rule to consolidate cases pending in the same district." *Investors Research Co. v. United States District Court for the Central District of California*, 877 F.2d 777 (9th Cir. 1989).  In determining whether to consolidate actions, the Court weighs the interest of judicial convenience against the potential for delay, confusion, and prejudice caused by consolidation.  *Southwest Marine, Inc., v. Triple A. Mach. Shop, Inc.*, 720 F. Supp. 805, 807 (N.D. Cal. 1989).

      Here, Plaintiff's factual allegations in the above-captioned actions are based upon a single occurrence.  The Court anticipates little risk of delay, confusion, or prejudice.  Plaintiff is more likely to be afforded timely relief through consolidation.   In addition, consolidation of the actions would maximize the Court's scarce resources.  Consequently, consolidation is appropriate.  *See Pierce v. County of Orange*, 526 F.3d 1190, 1203 (9th Cir. 2008).

      Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. These actions **SHALL** be consolidated for all purposes, including trial; and
2. The parties are instructed that all future filings **SHALL** identify **Case No. 12-cv-01199 –JLT** as the case number.

IT IS SO ORDERED.

Dated:   **May 30, 2014**              **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE