1
2
3
4
5
6
7 # UNITED STATES DISTRICT COURT

8 ## EASTERN DISTRICT OF CALIFORNIA

9
10

11 KAREEM MUHAMMAD,                      )   Case No.: 1:12-cv-01199 JLT
                                         )
12            Plaintiff,                  )   SCHEDULING ORDER (Fed. R. Civ. P. 16)
                                         )
13       v.                              )   Pleading Amendment Deadline: 6/30/2014
                                         )
14 CHAD GARRETT, et al.,                 )
                                         )   Discovery Deadlines:
15            Defendant.                  )       Initial Disclosures:  6/16/2014
                                         )       Non-Expert:  2/17/2015
16 _____       )       Expert:  4/20/2015
                                             Mid-Discovery Status Conference:
17                                           11/10/2014 at 9:30 a.m.

18

19                                           Non-Dispositive Motion Deadlines:
                                                 Filing:  4/27/2015
20                                               Hearing:  5/26/2015

21                                           Dispositive Motion Deadlines:
                                                 Filing:  6/8/2015
22                                               Hearing:  7/20/2015

23
                                             Pre-Trial Conference:
24                                               9/14/2015 at 8:30 a.m.
                                                 510 19th Street, Bakersfield, CA
25
                                             Trial:   10/20/2015 at 8:30 a.m.
26                                               510 19th Street, Bakersfield, CA
                                                 Jury trial: 5-7 days
27

28 **I.    Date of Scheduling Conference**

         May 29, 2014.

                                         1

**II.**      **Appearances of Counsel**

Plaintiff appeared in propria persona.

Heather Cohen appeared on behalf of Defendants.

**III.**      **Consent to Magistrate Judge Jurisdiction**

The parties have indicated their willingness to consent to the jurisdiction of the United States Magistrate Judge for any and all further proceedings in this case.  (Doc. 71 at 11.)  Accordingly, the matter has been reassigned to the United States Magistrate Judge**.**

**IV.**      **Pleading Amendment Deadline**

Any requested pleading amendments are ordered to be filed, either through a stipulation or motion to amend, no later than **June 30, 2014**.

**V.**      **Discovery Plan and Cut-Off Date**

The parties are ordered to exchange the initial disclosures required by Fed. R. Civ. P. 26(a)(1) on or before **June 16, 2014**.

The parties are ordered to complete all discovery, pertaining to non-experts on or before **February 17, 2015**, and pertaining to experts on or before **April 20, 2015**.

The parties are directed to disclose all expert witnesses, in writing, on or before **February 27, 2015**, and to disclose all rebuttal experts on or before **March 23, 2015**.  The written designation of retained and non-retained experts shall **be made pursuant to Fed. R. Civ. P. Rule 26(a)(2), (A), (B), and (C) and shall include all information required thereunder**.  Failure to designate experts in compliance with this order may result in the Court excluding the testimony or other evidence offered through such experts that are not disclosed pursuant to this order.

The written designation of retained and non-retained experts shall **be made pursuant to Fed. R. Civ. P. 26(a)(2), (A), (B), and (C) and shall include all information required thereunder**.  Failure to designate experts in compliance with this order may result in the Court excluding the testimony or other evidence offered through such experts that are not disclosed pursuant to this order.

The provisions of Fed. R. Civ. P. 26(b)(4) and (5) shall apply to all discovery relating to experts and their opinions.  Experts must be fully prepared to be examined on all subjects and opinions included in the designation.  Failure to comply will result in the imposition of sanctions, which may include

2

striking the expert designation and preclusion of expert testimony.

The provisions of Fed. R. Civ. P. 26(e) regarding a party's duty to timely supplement disclosures and responses to discovery requests will be strictly enforced.

A mid-discovery status conference is scheduled for **November 10, 2014**, at 9:30 a.m. before the Honorable Jennifer L. Thurston, United States Magistrate Judge, located at the United States District Courthouse located at 510 19th Street, Bakersfield, California.  A Joint Mid-Discovery Status Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF, one full week prior to the Conference and shall be e-mailed, in Word format to, JLTorders@caed.uscourts.gov.  Counsel may appear via CourtCall, provided a written request to so appear is made to the Magistrate Judge's Courtroom Clerk no later than five court days before the noticed hearing date.

**VI.    Pre-Trial Motion Schedule**

All non-dispositive pre-trial motions, including any discovery motions, shall be filed no later than **April 27, 2015**, and heard on or before **May 26, 2015**.  Non-dispositive motions are heard at 9:00 a.m. at the United States District Courthouse in Bakersfield, California, before the Honorable Jennifer L. Thurston, United States Magistrate Judge.

No written discovery motions shall be filed without the prior approval of the assigned Magistrate Judge.  A party with a discovery dispute must first confer with the opposing party in a good faith effort to resolve by agreement the issues in dispute.  If that good faith effort is unsuccessful, the moving party promptly shall seek a telephonic hearing with all involved parties and the Magistrate Judge.  It shall be the obligation of the moving party to arrange and originate the conference call to the court.  To schedule this telephonic hearing, the parties are ordered to contact Courtroom Deputy Clerk, Susan Hall at (661) 326-6620 or via email at SHall@caed.uscourts.gov.  **Counsel must comply with Local Rule 251 with respect to discovery disputes or the motion will be denied without prejudice and dropped from calendar.**

In scheduling such motions, the Magistrate Judge may grant applications for an order shortening time pursuant to Local Rule 144(e).  However, if the party does not obtain an order shortening time, the notice of motion must comply with Local Rule 251.

Counsel may appear and argue non-dispositive motions by via CourtCall, provided a written request to so appear is made to the Magistrate Judge's Courtroom Clerk no later than five court days before the noticed hearing date.

All dispositive pre-trial motions shall be filed no later than **June 8, 2015**, and heard no later than **July 20, 2015**, before the Honorable Jennifer L. Thurston, United States Magistrate Judge, at the United States District Courthouse in Bakersfield, California.  In scheduling such motions, **counsel shall comply with Fed. R. Civ. P. 56 and Local Rules 230 and 260**.

**VII.    Motions for Summary Judgment or Summary Adjudication**

Prior to filing a motion for summary judgment or motion for summary adjudication the parties are **ORDERED** to meet, in person or by telephone, and confer to discuss the issues to be raised in the motion.

The purpose of the meeting shall be to: 1) avoid filing motions for summary judgment where a question of fact exists; 2) determine whether the respondent agrees the motion has merit in whole or in part; 3) discuss whether issues can be resolved without the necessity of briefing; 4) narrow the issues for review by the court; 5) explore the possibility of settlement before the parties incur the expense of briefing a summary judgment motion; 6) to arrive at a joint statement of undisputed facts.

The moving party shall initiate the meeting and provide a draft of the joint statement of undisputed facts.  **In addition to the requirements of Local Rule 260, the moving party shall file a joint statement of undisputed facts.**

In the notice of motion the moving party shall certify that the parties have met and conferred as ordered above, or set forth a statement of good cause for the failure to meet and confer.

**VIII.    Pre-Trial Conference Date**

**September 14, 2015** at 8:30 a.m. at the United States District Courthouse in Bakersfield, California before the Honorable Jennifer L. Thurston, United States Magistrate Judge.

The parties are ordered to file a **Joint Pretrial Statement pursuant to Local Rule 281(a)(2)**. The parties are further directed to submit a digital copy of their pretrial statement in Word format, directly to Judge Thurston's chambers, by email at JLTOrders@caed.uscourts.gov.

The parties' attention is directed to **Rules 281 and 282 of the Local Rules** of Practice for the

Eastern District of California, as to the obligations of counsel in preparing for the pre-trial conference. The Court will insist upon strict compliance with those rules.  In addition to the matters set forth in the Local Rules the Joint Pretrial Statement shall include a Joint Statement of the case to be used by the Court to explain the nature of the case to the jury during voir dire.

**IX.   Trial Date**

     **October 20, 2015** at 8:30 a.m. at the United States District Courthouse in Bakersfield, California, before the Honorable Jennifer L. Thurston, United States Magistrate Judge.

     A.     This is a jury trial.

     B.     The parties' Estimate of Trial Time: 5-7 days.

     C.     The parties' attention is directed to Local Rules of Practice for the Eastern District of California, Rule 285.

**X.   Settlement Conference**

     The parties may notify the Court if they agree the matter is in a settlement posture, at which time a settlement conference will be set before a United States Magistrate Judge.

**XI.   Request for Bifurcation, Appointment of Special Master, or other Techniques to Shorten Trial**

     Not applicable at this time.

**XII.   Related Matters Pending**

     There are no pending related matters.

**XIII.   Compliance with Federal Procedure**

     All counsel and parties appearing pro se are expected to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules of Practice of the Eastern District of California, and to keep abreast of any amendments thereto.  The Court must insist upon compliance with these Rules to efficiently handle its increasing case load, and sanctions will be imposed for failure to follow the Federal Rules of Civil Procedure and the Local Rules of Practice for the Eastern District of California.

**XIV.   Effect of this Order**

     The foregoing order represents the best estimate of the court and counsel as to the agenda most suitable to dispose of this case.  The trial date reserved is specifically reserved for this case.  If the

1    parties determine at any time that the schedule outlined in this order cannot be met, counsel are ordered

2    to notify the court immediately of that fact so that adjustments may be made, either by stipulation or by

3    subsequent status conference.

4    **The dates set in this Order are considered to be firm and will not be modified absent a**

5    **showing of good cause even if the request to modify is made by stipulation.  Stipulations**

6    **extending the deadlines contained herein will not be considered unless they are accompanied by**

7    **affidavits or declarations, and where appropriate attached exhibits, which establish good cause**

8    **for granting the relief requested.**

9    Failure to comply with this order may result in the imposition of sanctions.

10

11   IT IS SO ORDERED.

12   Dated:   **May 30, 2014**              **/s/ Jennifer L. Thurston**

13                                          UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28